UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROY L. BROWN,

    Plaintiff,

v.

Case No. 07-11312
Honorable Patrick J. Duggan

LINDA MATAUSZAK, COLLEEN
KOENIG, and JAN TROMBLEY,

    Defendants.
_____/

## JUDGMENT

Plaintiff filed this *pro se* civil rights action against Defendants pursuant to 42 U.S.C. § 1983, alleging that his constitutional rights were violated when he failed to receive legal mail from the Michigan Court of Appeals. On May 22, 2009, Defendants filed a motion to dismiss. In an Opinion and Order entered on this date, the Court granted Defendants' motion.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

DATE: September 1, 2009

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Roy L. Brown, #217108
Chippewa Correctional Facility
4269 West M-80
Kincheloe, MI   49784

Julia Bell, Esq.
Magistrate Judge Charles E. Binder